IN the INTEREST OF: S.J.F. and A.J.F., Jr., Plaintiffs;

Juvenile Officer, Respondent,

v.

A.J.F. (Natural Father), Appellant.

WD 77977 and WD 77978

Missouri Court of Appeals, Western District.

ORDER FILED: April 14, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2015

Application for Transfer Denied August 18, 2015

William Nacy, Curtis Hanrahan, Jefferson City, MO, Counsel for Appellant

Sara Michael, Kurt Valentine, Danelle Cord, Jefferson City, MO, Counsel for Plaintiffs

Before Division Three: Victor C. Howard, P.J., James Edward Welsh, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

A.J.F. appeals the circuit court's judgment terminating his parental rights to his minor children, A.J.F., Jr., and S.J.F. Finding no error, we affirm the circuit court's judgment. Rule 84.16(b).